IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-01811-WYD

In re: GEORGE F. STAHMER, III and
THERESA A. STAHMER,

Chapter 13

Case No. 14-26022 HRT

    Debtors.

---

GEORGE F. STAHMER, III; and
THERESA A. STAHMER,

    Appellants,

v.

DOUGLAS B. KIEL, a Chapter 13 Trustee,

    Appellee.

---

## ORDER

**Daniel, J.**

    The Order to Show Cause (ECF No. 8) is discharged. The briefing shall proceed in accordance with Bankruptcy Rule 8009. (*See* Order dated August 24, 2015, ECF No. 6).

    Dated: October 6, 2015

                          BY THE COURT:

                          */s/ Wiley Y. Daniel*
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE